### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE MAYZE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 04-823-JPG |
| | ) |
| ELISE REA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

### MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Three motions are pending before the Court.

**MOTION FOR APPOINTMENT OF COUNSEL (DOC. 3)**

There is no absolute right to appointment of counsel in a civil case. *Cook v. Bounds*, 518 F.2d 779 (4th Cir. 1975); *Peterson v. Nadler*, 452 F.2d 754 (8th Cir. 1971). When deciding whether to appoint counsel, the Court must first determine if a *pro se* litigant has made reasonable efforts to secure counsel before resorting to the courts. *Jackson v. County of McLean*, 953 F.2d 1070, 1072 (7th Cir. 1992). Plaintiff makes no showing that he has attempted to retain counsel. Therefore, the Court finds that appointment of counsel is not warranted at this time. Accordingly, Plaintiff's motion for appointment of counsel is **DENIED**.

**MOTION TO AMEND COMPLAINT (DOC. 6)**

At the same time that Plaintiff filed this motion, he also filed an amended complaint (Doc. 7). Therefore, this motion is **DENIED** as moot. However, regarding his amended complaint,

> [a]mended pleadings and supplemental pleadings shall contain all allegations which a party intends to pursue. All new material in the amended pleadings shall be underlined. The original of the amended pleading shall be attached to the motion to

amend the pleading so that it may be filed if the motion to amend is granted. Local Rule 15.1; *see* FED.R.CIV.P. 15.

In this case, the amended complaint (Doc. 7) does not comply with these rules. One obvious omission is the specific jurisdictional information regarding each of the parties named as a defendant in this action. Plaintiff attempts to circumvent the rules by referring back to the original complaint. However, the amended complaint supersedes the original complaint, and it must stand on its own. Therefore, Plaintiff's amended complaint (Doc. 7) is **STRICKEN** for noncompliance with local rules; this case now rests on the allegations contained in the original complaint (Doc. 1).

If Plaintiff wishes to file another amended complaint, he must file a motion for leave to do so, and that motion must be accompanied by a copy of his proposed amended complaint. Any proposed amended complaint must comply with federal and local rules, and the Court strongly urges Plaintiff to prepare that pleading on the forms provided in this District for prisoner civil rights actions.

## MOTION FOR STATUS REPORT (DOC. 8)

This document is merely a letter to the Clerk asking for a status report on this case, a request that can be answered simply with a copy of the docket sheet for the case. The Clerk shall provide Plaintiff with a copy of the docket sheet with his copy of this order, and this motion is **MOOT**.

**IT IS SO ORDERED.**

**Dated: July 14, 2005**

                                                       **s/ J. Phil Gilbert**
                                                      **U. S. District Judge**