## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIE MAYZE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 04-823-JPG |
| ) | |
| ELISE REA, ANDREW WILSON, ) | |
| ROBERT DIXON, JONATHAN ) | |
| MALLEY, SCOTT MINH, MARY WEST, ) | |
| J. BROWN, E. MOORE, JONATHAN ) | |
| WALL, EUGENE McDORY, MAVIS ) | |
| GROSS, DONN FHARIS, DEBI ) | |
| MIDDENDORF, OFFICER NICHOLS, ) | |
| SHEILA LANE, DONALD SNYDER, ) | |
| ROGER WALKER and UNKNOWN ) | |
| PARTY, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

February 22, 2006                    By:  **s/ J. Phil Gilbert**
*Date*                                          *District Judge*